## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JESSICA GRAY** <br> 1473 Potomac Heights Drive <br> Fort Washington, MD 20744 <br><br> Plaintiff, <br><br> v. <br><br> **THE UNITED STATES OF AMERICA** <br><br> <u>Serve:</u> <br><br> Channing D. Phillips <br> U.S. Attorney for the District of Columbia <br> United States Attorney's Office for the District of Columbia <br> 555 4th Street NW <br> Washington, DC 20530 <br><br> The Architect of the Capitol <br> Office of General Counsel <br> Ford House Office Building <br> Room H2-265A <br> 2nd and D Streets SW <br> Washington, DC 20515 <br><br> Defendant. | * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 1:21-cv-2310 |

## COMPLAINT
### (Negligence)

COMES NOW Plaintiff Jessica Gray, by and through her attorney, Keith W. Watters, and hereby moves for judgment against the United States of America on the grounds and in the amount as hereinafter set forth:

1

## NATURE OF THE ACTION

1. This action is brought against the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.* as a result of a trip and fall caused by the negligence, wrongful acts, and/or omissions of the agents, servants, and/or employees of The Architect of the Capitol, a federal agency of the United States of America.

2. Liability is predicated specifically on 28 U.S.C. §§ 1346(b)(1) and 2674 because the personal injuries and resulting damages that form the basis of this Complaint were proximately caused by the negligence, wrongful acts, and/or omissions of the agents, servants, and/or employees of the United States of America through its federal agency, The Architect of the Capitol. The agents, servants, and/or employees were acting within the scope of their employment under circumstances where the United States of America, if a private person, would be liable to Plaintiff in accordance with the laws of the District of Columbia.

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1346(b)(1).

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(e)(1) because the events or omissions giving rise to the claim occurred in the District of Columbia.

## PARTIES

5. Plaintiff Jessica Gray was at all times relevant hereto a resident of the State of Maryland.

6. The United States of America was at all times relevant hereto acting through its federal agency, The Architect of the Capitol.

2

## FACTS

7. On May 8, 2019, Plaintiff Jessica Gray was employed as a Special Police Officer at the Thurgood Marshall Federal Judiciary Building located at One Columbus Circle NE, Washington, DC 20002.

8. On said date, Plaintiff Jessica Gray was stationed in the security booth on said premises.

9. On said date, as Plaintiff Jessica Gray was exiting the security booth, she tripped and fell on the defective and hazardous metal floor of the booth.

10. Plaintiff Jessica Gray sustained immediate, severe, painful, and permanent injuries as a result of the fall.

11. Pursuant to 28 U.S.C. § 2675, the claim for Plaintiff Jessica Gray was presented to the appropriate agency of the United States of America, namely The Architect of the Capitol, on April 12, 2021.

12. The Architect of the Capitol subsequently denied the claim for Plaintiff Jessica Gray on August 9, 2021.

13. Pursuant to 28 U.S.C. § 2401(b), Plaintiff Jessica Gray brings this cause of action herein against the United States of America within six (6) months after the notice of final denial by The Architect of the Capitol.

## COUNT I:
### Negligence

14. Plaintiff Jessica Gray incorporates by reference each and every prior and subsequent allegation as though fully set forth herein.

15. At said time and place, the United States of America and its federal agency, The Architect of the Capitol, had a duty to maintain said premises in a reasonably safe condition for persons lawfully on said premises, including Plaintiff Gray.

16. At all times relevant herein, the United States of America, through its agents, servants, and/or employees, who were at all times acting within the course and scope of their employment and/or agency with the United States of America, breached said duty and were negligent in some or all of the following ways:

   (a) Failed to properly maintain said premises in a reasonably safe condition for Plaintiff Jessica Gray;

   (b) Failed to warn Plaintiff Jessica Gray of the dangerous condition when the United States of America knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to Plaintiff Jessica Gray; and

   (c) Failed to make a reasonable inspection of said premises when the United States of America knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to Plaintiff Jessica Gray.

17. As a direct and proximate result of the negligence of the United States of America and its federal agency, The Architect of the Capitol, Plaintiff Jessica Gray has sustained severe and permanent injuries; has been prevented from transacting her business; has suffered and will continue to suffer great pain of body and mind; and has suffered permanent disability and deformity.

18. As a further direct and proximate result of the negligence of the United States of America and its federal agency, The Architect of the Capitol, Plaintiff Jessica Gray has been forced to expend large sums of money for x-rays, medical treatment, and medicine for the treatment of her injuries.

4

**WHEREFORE**, Plaintiff Jessica Gray hereby demands judgment against the United States of America in the amount of three hundred thousand dollars ($300,000.00), plus interest and costs.

Respectfully submitted,

Keith W. Watters, Esq. (01515)
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net

*Counsel for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury as to all counts.

Keith W. Watters, Esq.